# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC AND
CROSSTEX PROCESSING
SERVICES, LLC

NO.   2021 CW 0118

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

**MAY 10, 2021**

In Re:    Occidental Chemical Corporation, Occidental Petroleum
Corporation,   and   Oxy   USA,   Inc.,   applying   for
supervisory   writs,   23rd   Judicial   District   Court,
Parish of Assumption, No. 34202.

**BEFORE:   McDONALD, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.**  The writ application appears to be
untimely.  The trial court granted Texas Brine Company, LLC's
"Motion to Confirm the Trial Court's Jurisdiction Over the
Parties' Tort Claims" in open court on October 22, 2020.  From
the documents provided with the writ application, it does not
appear that the trial court ordered this interlocutory judgment
be reduced to writing, nor did the parties timely request a
written judgment per La. Code Civ. P. art 1914(B).  Therefore,
the period to file a notice of intent expired thirty days from
the oral ruling.  See La. Code Civ. P. art. 1914(A); Uniform
Rules of Louisiana Courts of Appeal, Rule 4-3.  The notice of
intent was not filed until January 14, 2021.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation to
establish timeliness and must comply with Rule 2-12.2 of the
Uniform Rules of Louisiana Courts of Appeal. Any new application
must be filed on or before June 7, 2021 and must contain a copy
of this ruling.

**JMM**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT